IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MELISSA ANN KERSHNER,           :      Civil No. 4:25-CV-01711
                                :
        Plaintiff,              :
                                :
        v.                      :
                                :
COMMISSIONER OF SOCIAL          :
SECURITY,                       :
                                :
        Defendant.              :      Judge Jennifer P. Wilson

**MEMORANDUM**

Before the court is the report and recommendation of United States Magistrate Judge Sean A. Camoni recommending that the court vacate the decision of the Commissioner of Social Security and remand this case for "the Commissioner to fully develop the record, conduct a new administrative hearing, and appropriately evaluate the evidence pursuant to sentence four of 42 U.S.C. § 405(g)." (Doc. 16, p. 17.)  He also recommends closing this case.  No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court.  *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record,"

1

Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge

Camoni's analysis is well-reasoned and fully supported by the record and

applicable law.  Accordingly, the court will adopt the report and recommendation,

Doc. 16, vacate the Commissioner of Social Security's decision denying benefits to

Plaintiff, remand this matter to the Commissioner, and close this case.  An

appropriate order follows.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: June 11, 2026

2