# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MELISSA ANN KERSHNER,   :  Civil No. 4:25-CV-01711

          :

  Plaintiff,       :

          :

  v.         :

          :

COMMISSIONER OF SOCIAL   :

SECURITY,        :

          :

  Defendant.     :  Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 11th day of June, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 16, is **ADOPTED**.

2) The decision of the Commissioner of Social Security is **VACATED** and this matter is **REMANDED** to the Commissioner to conduct a new hearing consistent with the report and recommendation, Doc. 16.

3) The Clerk of Court is directed to close this case.

        s/Jennifer P. Wilson
        JENNIFER P. WILSON
        United States District Judge
        Middle District of Pennsylvania